UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



CLOSED
15 DEC 2003

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
    Plaintiff,

CIVIL NO. 02-72357
HON. BERNARD A. FRIEDMAN



JANET REDDINGTON,
LISA BICE-WILSON,
    Intervening Plaintiffs,
vs.

RPM AUTO SALES,
    Defendant,
_____/

## JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury, Honorable Bernard A. Friedman, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

**It is Ordered and Adjudged** that the intervening-plaintiffs' Janet Reddington recover the sum of $117,000.00 and Lisa Bice-Wilson recover the sum of $20,000.00 of the defendant RPM Auto Sales Incorporated with interest thereon at the rate as provided by law and his costs of action.

DAVID WEAVER
COURT ADMINISTRATOR
CAROLYN D'ORAZIO
DEPUTY CLERK

DATE: 15 DEC 2003

APPROVED:

BERNARD A. FRIEDMAN
UNITED STATES DISTRICT JUDGE

